Prob 35
(Rev.3/97)

RECEIVED
MAR 13 2008
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

Report and Order Terminating Supervision
Prior to Original Expiration Date

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

**Jerrilynn Dixon,**

Defendant.

Docket No. 0:01CR00354-001

On December 19, 2005, the above defendant was placed on supervision for a period of 3 years supervised release. This defendant has complied with the rules and regulations of supervision and is no longer in need of supervision. It is accordingly recommended that this defendant be discharged from supervision.

ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant be discharged from supervision and that the proceedings in the case be terminated.

Dated this 12th day of March, 2008.

Honorable John R. Tunheim
U.S. District Judge

c: Karen L. Godin, Senior U.S. Probation Officer

SCANNED
MAR 13 2008
U.S. DISTRICT COURT MPLS